**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose Luis Soto, III
Debtor(s)

CHAPTER 7

BKY. NO. 26-13753 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
16 Sep 2026, 17:05:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322