Certificate Number: 15322-PAE-DE-041444107

Bankruptcy Case Number: 26-13753

15322-PAE-DE-041444107

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2026, at 7:28 o'clock PM CDT, Jose L Soto III completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 14, 2026

By: /s/Richard Reibeling

Name: Richard Reibeling

Title: Certified Credit Counselor